UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul Howard Young Esquire
Young Marr and Associates
3554 Hulmeville Rd Suite 102
Bensalem, PA 19020
215-639-5297
Attorney for Debtor

Order Filed on November 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Willie Shuler

Case Number: 16-29426

Hearing Date: _____

Judge: ABA

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 3, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted. The deadline to file schedules is extended to _____11/7/16_____.

☐ Denied.

*rev.8/1/15*