Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−29426−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Willie Shuler
    aka Olger A. Garro
    218 Wilbur Ave
    Cherry Hill, NJ 08002

Social Security No.:
    xxx−xx−0194

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            12/14/16
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: November 8, 2016
JJW: def

                                        James J. Waldron
                                        Clerk, U. S. Bankruptcy Court

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 16-29426-ABA
Willie Shuler                                                       Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2              Date Rcvd: Nov 08, 2016
                               Form ID: 132                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2016.
db             +Willie Shuler,    218 Wilbur Ave,    Cherry Hill, NJ 08002-1441
516489577      +Camden County Special Civil Part,     Hall of Justice,   101 S. 5th Street, Suite 150,
                 Camden, NJ 08103-4000
516441129      +Financial Network Recovery,    PO Box 940730,    Simi Valley, CA 93094-0730
516489578      +KML Law Group,    Mellon Independence Center,    701 Market Street,    Suit 5000,
                 Philadelphia, PA 19106-1541
516441131     #+Michael Dougherty, Esquire,     325 Chestnut Street,   Suite 501,    Philadelphia, PA 19106-2605
516489579     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC*,      350 Highland Drive,
                 Lewisville, TX 75067)
516489576      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
516441133      +Olger Abarca,    3652 Dresher Rd.,   Bensalem, PA 19020-1416
516441134      +PNC Bank NA,    23000 Millcreek Blvd.,    Beachwood, OH 44122-5720
516441135     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,     PO Box 790084,   Saint Louis, MO 63179)
516489584       US Dept of Ed/Great Lakes Educational Lo,     PO Box 7860,   Madison, WI 53707,
                 Westlake, OH 44145
516489582      +US Dept of Ed/Great Lakes Educational Lo,     2401 International,    Madison, WI 53704-3121
516441136       VNB,   747 Chestnut Ridge Road, Ste. 201,     Spring Valley, NY 10977-6225
516489583       Wells Fargo Home Projects Visa,    Cscl Dispute Team N8235-04m,     Des Moines, IA 50306
516441137      +Young, Klein & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2016 22:54:50      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2016 22:54:48      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516441128      +E-mail/Text: cms-bk@cms-collect.com Nov 08 2016 22:54:35       Capital Management Services LP,
                 726 Exchange St., Suite 700,    Buffalo, NY 14210-1464
516441130       E-mail/Text: cs.bankruptcy@jmcbiz.com Nov 08 2016 22:55:41       Joseph, Mann & Creed,
                 PO Box 22253,    Beachwood, OH 44122-0253
516441132      +E-mail/Text: bankruptcydepartment@tsico.com Nov 08 2016 22:55:32       NCO Financial Systems;,
                 PO Box 15740,    Wilmington, DE 19850-5740
516489580      +E-mail/Text: bankruptcy@td.com Nov 08 2016 22:54:53      TD Bank NA*,    32 Chestnut Street,
                 Lewiston, ME 04240-7799
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516489581       United Consumer Financial Services*,    865 Bassett Road
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Paul H. Young     on behalf of Debtor Willie  Shuler ykassoc@gmail.com,
           lesliebrown.paralegal@gmail.com
                                                                                                          TOTAL: 3