Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 16−29426−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie Shuler Jr.
   218 Wilbur Ave
   Cherry Hill, NJ 08002

Social Security No.:
   xxx−xx−0194

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/27/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 27, 2017
JAN: bc

                                                                              Jeanne Naughton
                                                                              Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 16-29426-ABA
Willie Shuler                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2       Date Rcvd: Jul 27, 2017
                             Form ID: 148             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db             +Willie Shuler, Jr.,    218 Wilbur Ave,   Cherry Hill, NJ 08002-1441
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
516489577      +Camden County Special Civil Part,    Hall of Justice,    101 S. 5th Street, Suite 150,
                 Camden, NJ 08103-4000
516629351       Emergency Physicians Associates of South Jersey,PC,    PO Box 1123,    Minneapolis MN 55440-1123
516441129      +Financial Network Recovery,    PO Box 940730,    Simi Valley, CA 93094-0730
516489578      +KML Law Group,    Mellon Independence Center,    701 Market Street,    Suit 5000,
                 Philadelphia, PA 19106-1541
516441131      #+Michael Dougherty, Esquire,    325 Chestnut Street,    Suite 501,    Philadelphia, PA 19106-2605
516557993      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
516489576      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
516441133      +Olger Abarca,    3652 Dresher Rd.,    Bensalem, PA 19020-1416
516441134      +PNC Bank NA,    23000 Millcreek Blvd.,    Beachwood, OH 44122-5720
516489584      +US Dept of Ed/Great Lakes Educational Lo,    PO Box 7860,    Madison, WI 53707-7860
516489582      +US Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
516489581      +United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194
516441136       VNB,   747 Chestnut Ridge Road, Ste. 201,    Spring Valley, NY 10977-6225
516489583       Wells Fargo Home Projects Visa,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
516441137      +Young, Klein & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 22:39:56      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 22:39:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516441128      +E-mail/Text: cms-bk@cms-collect.com Jul 27 2017 22:39:50      Capital Management Services LP,
                 726 Exchange St., Suite 700,    Buffalo, NY 14210-1464
516441130       E-mail/Text: cs.bankruptcy@jmcbiz.com Jul 27 2017 22:40:11      Joseph, Mann & Creed,
                 PO Box 22253,    Beachwood, OH 44122-0253
516441132      +E-mail/Text: bankruptcydepartment@tsico.com Jul 27 2017 22:40:08      NCO Financial Systems;,
                 PO Box 15740,    Wilmington, DE 19850-5740
516489580      +EDI: TDBANKNORTH.COM Jul 27 2017 22:43:00      TD Bank NA*,    32 Chestnut Street,
                 Lewiston, ME 04240-7799
516441135       EDI: USBANKARS.COM Jul 27 2017 22:43:00      US Bank,    PO Box 790084,   Saint Louis, MO 63179
516536331       EDI: WFFC.COM Jul 27 2017 22:43:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                 Des Moines, IA  50306-0438
                                                                                               TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516500908       Alva Shuler,   NO ADDRESS PROVIDED
516489579*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC*,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                         TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                 Page 2 of 2                  Date Rcvd: Jul 27, 2017
                               Form ID: 148                Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Paul H. Young    on behalf of Debtor Willie  Shuler, Jr. ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
                                                                                             TOTAL: 5
```